# United States Court of Appeals
## For the First Circuit

No. 15-1574

UNITED STATES OF AMERICA,

Appellee,

v.

MIGDOEL BERRÍOS-BONILLA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on May 13, 2016, is amended as follows:

On page 16, line 23, "domination" is replaced with "dominion"